UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WALTER ELIYAH THODY,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARD IVES, Warden, et al.,<br><br>    Respondents. | No. ED CV 15-1950-PA (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has made a <u>de novo</u> determination of those portions of the reports to which objections are made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: February 24, 2016

_____
PERCY ANDERSON
United States District Judge

2